**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **CRIMINAL NO. 1:21-cr-84-TBM-RPM**

**LENNELL BALL, JR.**

## ORDER

This matter came before the Court on the Motions [17], [19] for Early Termination of Supervised Release filed by Defendant Lennell Ball, Jr. on June 17, 2025, and November 10, 2025. At the hearing on the Motion conducted on January 20, 2026, the Court, having considered Defendant's Motions, as well as the facts and circumstances of the case, the docket, the Presentence Investigation Report, the Judgment, and the Statement of Reasons, announced on the record its detailed findings and conclusions. The Court concluded that the Motions [17], [19] for Early Termination of Supervised Release are DENIED. To be clear, the analysis and reasons for this finding were articulated from the bench by the Court at the hearing.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Lennell Ball, Jr.'s Motions [17], [19] for Early Termination of Supervised Release are DENIED.

This, the 20th day of January, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE